# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**RENARDO FERGUSON,**

    **Petitioner,**

**vs.**                                             **Case No. 4:10cv256-MP/WCS**

**WALTER A. McNEIL,**

    **Respondent.**

    _____/

## REPORT AND RECOMMENDATION TO TRANSFER

This cause was initiated by the filing of a $ 5.00 filing fee and a letter; the clerk filed the letter as a 28 U.S.C. § 2254 petition and assigned a civil case number. See doc. 4 (order directing amendment).

Petitioner filed an amended § 2254 petition. Doc. 5. Through no fault of Petitioner's the amended petition was overlooked and no action was taken by the court for almost four months. It appears on review, however, that the petition should be transferred. Petitioner is currently incarcerated at Suwannee Correctional Institution, and challenges his conviction out of the Seventeenth Judicial Circuit, in and for Broward County. Doc. 5, p.1.

Jurisdiction is appropriate in the Middle and Southern Districts, as the districts of confinement and conviction, respectively. 28 U.S.C. § 2241(d). The district of conviction would appear to be the most convenient and appropriate venue, and the petition should be transferred to the Middle District of Florida. § 2241(d). *See also*, Parker v. Singletary, 974 F.2d 1562, 1581-2 and nn. 114 and 118 (11th Cir. 1992) (discussing transfer "in furtherance of justice" under § 2241(d), citations omitted); Eagle v. Linahan, 279 F.3d 926, 933, n. 9 (11th Cir. 2001) (noting that the practice in district courts in Georgia was to transfer petitions to the district of conviction under § 2241(d)).

It is therefore respectfully **RECOMMENDED** that the case file and any service copies of doc. 5 be **TRANSFERRED** to the United States District Court for the Southern District of Florida for all further proceedings.

**IN CHAMBERS** at Tallahassee, Florida on December 17, 2010.

   s/ William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO PARTIES

**Within 15 days after being served with a copy of this report and recommendation, a party may serve and file specific, written objections to the proposed findings and recommendations. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**